

# THE THIRTEENTH COURT OF APPEALS

---

13-25-00141-CV

---

ELIZABETH A. MCNUTT
v.
SENTRY CASUALTY COMPANY AND
GREGORY D. SOLCHER, ATTORNEY FOR SENTRY CASUALTY COMPANY

---

On Appeal from the
2nd 25th District Court of Lavaca County, Texas
Trial Court Cause No. 2024-11-25607CV

---

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

December 11, 2025